IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., ) | |
| ) | No. 06 C 5116 |
| ) | |
| Plaintiff, ) | Judge Kendall |
| ) | |
| v. ) | Magistrate Judge Cole |
| ) | |
| PRUITT PLUMBING, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES Plaintiff, JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and MEREDITH A. ILG, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Order entered October 31, 2006, moves the Court to enter Judgment in favor of Plaintiff and against Defendant, PRUITT PLUMBING, INC., in the amount of $115,665.77. In support hereof, Plaintiff states:

1. On September 21, 2006, Plaintiff filed his Complaint, pursuant to ERISA, 29 U.S.C. §§ 1132 and 1145, and LMRA, 29 U.S.C. § 185, and the Collective Bargaining Agreements ("CBA"), to obtain an audit and recover all unpaid contributions, interest, liquidated damages, professional fees, and court costs owed to Funds.

2. On September 25, 2006, Defendant was served with a copy of the Summons and Complaint. A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendant was required to answer and appear on or before October 16, 2006.

4. On October 31, 2006, the Court found Defendant in default and ordered Defendant to produce its books and records to Plaintiff for an accounting. The Court further retained jurisdiction to enter supplemental judgments in favor of Plaintiff and against Defendant for all contributions, interest, liquidated damage, professional fees and costs due Plaintiff. A true and correct copy of the Court's Order is attached hereto as Exhibit B.

5. Plaintiff's certified public accounting firm, Legacy Professionals, LLP conducted a compliance audit of Defendant's books and records and issued a Report of Audit Changes ("Audit"). The Audit reveals that for the period March 23, 2006, through October 31, 2006, Defendant failed to report and pay amounts due under the CBA on 5,185.50 hours of work. A true and correct copy of the Audit is attached as Exhibit C.

6. Based on the Audit and ERISA, 29 U.S.C. §1132, Plaintiff's damages are:

| | |
|---|---|
| $75,330.75 - | Unpaid contributions per ERISA, 29 U.S.C. §1132(g)(2)(A), and §9.8 of CBA |
| $12,677.55 - | Interest on unpaid contributions per ERISA, 29 U.S.C., §1132(g)(2)(B), and §9.8 of CBA, which includes $11,547.59 set forth in Audit + $1,129.96/month for the period 5/1/07 to 6/13/07 |
| $12,677.55 - | Statutory double interest per ERISA, 29 U.S.C. §1132(g)(2)(C) |
| $6,026.46 - | Liquidated damages per §9.8 of CBA |
| $6,527.96 - | Attorneys' fees and costs per CBA and ERISA, 29 U.S.C. §1132(g)(2)(D), through current (see Affidavit of Douglas A. Lindsay, attached as Exhibit D) |
| $2,425.50 - | Audit costs per CBA and 29 U.S.C. §1132(g)(2)(E) (see Affidavit of James Kemperas, attached as Exhibit E) |
| $115,665.77- | Total due as of 6/13/2007 |

2

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests the Court to enter Judgment in favor of Plaintiff and against Defendant, PRUITT PLUMBING, INC., in the amount of $115,665.77, and to award such other and further relief in favor of Plaintiff and against Defendant as the Court deems just. A draft Order is attached as Exhibit F.

    JAMES T. SULLIVAN, etc., by his attorneys,
    DOUGLAS A. LINDSAY, JOHN W. LOSEMAN,
    LISA M. SIMIONI, and MEREDITH A. ILG

    By: _____
    Lisa M. Simioni
    20 North Clark Street
    Suite 3200
    Chicago, IL 60602-5093
    312.580.1248

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

| STATE OF ILLINOIS | ) |
|---|---|
| | ) SS |
| COUNTY OF COOK | ) |

## PROOF OF SERVICE

CHRISTINE USYAK, being first duly sworn on oath, deposes and says that she served a copy of the foregoing **MOTION FOR ENTRY OF JUDGMENT** upon:

**Pruitt Plumbing, Inc.**
**c/o Its Registered Agent, Raymond Burns**
**142 West 155th Place**
**Harvey, IL 60426**

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on May 9, 2007, before 4:30 p.m.

_____
CHRISTINE USYAK

Subscribed and sworn to
before me this 9TH day
of May, 2007.

_____
Notary Public

"OFFICIAL SEAL"
MARISABEL ALVAREZ
Notary Public, State of Illinois
My Commission Expires Aug. 21, 2010

(Official Seal)

LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200